RICHARD I. DREITZER
Nevada Bar No. 6626
Richard.Dreitzer@wilsonelser.com
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER** LLP
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
Telephone 702.727.1400
Facsimile 702.727.1401
*Attorneys for RELIANCE STANDARD LIFE INSURANCE COMPANY*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDGAR ORTIZ,<br><br>Plaintiff,<br><br>vs.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>Defendants. | Case No. 2:17-cv-00580-JAD-GWF<br><br>**STIPULATION TO AMEND DEADLINE FOR PARTIES TO SUBMIT INITIAL DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>[FIRST REQUEST] |

Plaintiff, EDGAR ORTIZ, and Defendant RELIANCE STANDARD LIFE INSURANCE COMPANY (hereinafter "Reliance"), by and through their respective counsel of record, do hereby stipulate to amend the deadline for parties to submit their initial Discovery Plan and Scheduling Order pursuant to Rule 26(f)(2) of the Federal Rules of Civil Procedure ("FRCP") and Local Rules 26-1(a) and 26-4.

The Parties have agreed and submit this Stipulation to the Court to request an additional 21 days in which to complete and submit their initial Discovery Plan and Scheduling Order. The deadline for the parties' initial Discovery Plan and Scheduling Order is June 12, 2017. The parties' proposed deadline is June 30, 2017. This is the First Request for an extension of time.

This request is based upon the workload of counsel (specifically, a) counsel for Defendant will be presenting oral argument before the Ninth Circuit Court of Appeals the week of June 12, 2017, and b) counsel for Plaintiff did not receive notice of the current Discovery Plan due date until June 9, 2017). This request is not imposed for improper reasons.

The parties certify that this stipulation is entered and made in good faith and is not for purposes of delay.

Dated this 12 day of June, 2017.

CLIFF W. MARCEK, P.C.

_____
Cliff W. Marcek, Esq.
Nevada Bar No. 5061
536 E. St. Louis Ave.
Las Vegas, NV 89104
*Attorney for EDGAR ORTIZ*

Dated this 12TH day of June, 2017.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

_____
Richard I. Dreitzer
Nevada Bar No. 6626
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
*Attorney for RELIANCE STANDARD LIFE INSURANCE COMPANY*

## ORDER

**IT IS SO ORDERED.**

DATED this 13th day of June, 2017.

_____
UNITED STATES MAGISTRATE JUDGE