UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDGAR ORTIZ,<br><br>        Plaintiff,<br><br>vs.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>        Defendant. | Case No. 2:17-cv-00580-JAD-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' Discovery Plan and Scheduling Order (ECF No. 19), filed on July 11, 2017.

Discovery plans requesting longer than 180 days from the date the first defendant answers or appears require special scheduling review. LR 26-1(a) is explicit:

> If longer deadlines are proposed, the plan must state on its face "SPECIAL SCHEDULING REVIEW REQUESTED." Plans requesting special scheduling review must include, in addition to the information required by Fed. R. Civ. P. 26(f) and LR 26-1(b), a statement of the reasons why longer or different time periods should apply to the case ...

The parties' discovery plan requests a 277-day discovery period but does not provide an explanation for the longer period as required by LR 26-1(a). Accordingly,

**IT IS HEREBY ORDERED** that the parties' Discovery Plan and Scheduling Order (ECF No. 19) is **denied** without prejudice. The parties shall submit a revised Discovery Plan and Scheduling Order no later than **July 19, 2017**.

DATED this 12th day of July, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge